IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 02-4038 |
| ) | |
| PENNSYLVANIA INDUSTRIAL ) | |
| DEVELOPMENT AUTHORITY and PIDC ) | |
| FINANCING CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MOTION TO ENTER CONSENT DECREE**

Plaintiff United States moves that the consent decree lodged in this action on June 24, 2002 be approved and entered. In support of this motion plaintiff states as follows:

1. The amended consent decree is fair, reasonable and consistent with the public interest as embodied in the Comprehensive Environmental Response, Compensation, and Liability Act, ("CERCLA"), 42 U.S.C. § 9601 et seq.

2. Notice soliciting public comments on the amended decree was published in the Federal Register and the 30 day period for submission of such comments has expired. No comments were received.

3. Counsel for both defendants has authorized the undersigned to represent that defendants consent to the granting of this motion and join in asking this court to approve and enter the consent decree. There are no other parties to this action.

          Respectfully submitted,

          THOMAS L. SANSONETTI
          Assistant Attorney General
          Environment and Natural Resources
          Division
          U.S. Department of Justice


          PATRICK L. MEEHAN
          United States Attorney
          Eastern District of Pennsylvania


          _____
          SUSAN SHINKMAN
          Assistant United States Attorney
          615 Chestnut Street
          Suite 1250
          Philadelphia, Pennsylvania 19106-4476
          (215) 861 - 8200


          _____
          DEBORAH BEHLES
          Trial Attorney
          Environmental Enforcement Section
          Environment and Natural Resources
          Division
          U.S. Department of Justice
          P.O. Box 7611
          Washington, D.C. 20044-7611
          (202) 514 - 2463


OF COUNSEL:

ANDREW S. GOLDMAN
Senior Assistant Regional Counsel
U.S. Environmental Protection Agency,
Region III

```
841 Chestnut Street
Philadelphia, Pennsylvania 19107
```

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion to enter was served this __ day of August, 2002 via First Class United States mail upon representatives for defendants, Joseph Mee, 2600 Center Square West, Philadelphia, PA 19102-2126 and Louis Lipsky, Esquire, Lipsky and Brandt, Suite 2820, 1100 Market Street, Philadelphia, PA 19107.

```
                          _____
                          SUSAN SHINKMAN
                          Assistant United States Attorney
```